Dismissed and Memorandum Opinion filed January 20, 2011.

 

In The

 

Fourteenth Court of
Appeals

___________________

 

NO. 14-10-01215-CR

___________________

 

MELVIN WILLIAMS , Appellant

 

V.

 

THE STATE OF TEXAS, Appellee



 



 

On
Appeal from County Criminal Court at Law No. 7

Harris County,
Texas



Trial Court Cause No. 5568/2009 TR 0955742

 



 

 

MEMORANDUM OPINION

            Appellant was convicted of failing to safely change
lanes and assessed a fine of $100.00 in the City of Houston Municipal Courts. 
He appealed the conviction on the record to the County Criminal Court at Law
No. 7 of Harris County, Texas.  That court affirmed the conviction and
appellant perfected an appeal to this Court.  We dismiss the appeal.

A defendant may appeal
to a court of appeals if he is convicted in a municipal court of record and
that conviction is affirmed by the county court.  See Tex. Gov’t Code
Ann. § 30.00027(a) (Vernon 2004).  However, such an appeal is permitted only if
“the fine assessed against the defendant exceeds $100.”  Id.   Because
the fine does not exceed $100, we have no jurisdiction over the appeal.  Id.

Accordingly, we dismiss
the appeal.  

 

                                                                                    PER
CURIAM

 

 

 

Panel consists of Justices
Brown, Boyce, and Jamison.

Do
Not Publish — Tex. R. App. P. 47.2(b).